IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 JUN 22 P 2: 54

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR158-CSC |
| | ) | (18 U.S.C. 641) |
| PAULA R WOODWARD | ) | |
| | ) | |
| | ) | INFORMATION |
| | ) | |

The United States Attorney charges:

## COUNT

On or about the 19th day of March 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **PAULA R WOODWARD** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

*[signature]*
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | **AFFIDAVIT** |
| COUNTY OF MONTGOMERY | ) | |

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT SMITH, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 19 March 2006, via closed circuit video monitors, I observed PAULA R WOODWARD put two items of makeup in her purse and two in her cart. WOODWARD shopped around for a while before putting the other two items of makeup in her purse. WOODWARD went through checkout and paid for the items in her cart but not those in her purse. WOODWARD then left the store. I detained her in the lobby and escorted her to the manager's office. Security forces responded. A subsequent search of her purse revealed a Clinique Sheer Sharper for lips ($11.25), a Clinique Quick Liner for eyes ($12.00), a Clinique Touch base for eyes($12.25), and a Clinique Soft-pressed powder blusher ($15.50) for a total value of $51.00.

*Robert Smith*
ROBERT SMITH

Subscribed and sworn to before me this  6th  day of  June , 2006.

*[signature]*
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS