IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | CASE NO. 2:06 CR 158-CSC |
| | * | |
| **PAULA R. WOODWARD** | * | |
| Defendant. | | |

## NOTICE OF APPEARANCE

Come now Andrew M. Skier, and hereby files this notice of appearance on behalf of the defendant in the above-styled cause.

Respectfully submitted this the 10th day of July, 2006.

S/ Andrew M. Skier
ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice) (334) 263-4766 (Fax)
Email:  amskier@mindspring.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kent Brunson, Esq.
Assistant US Attorney
One Court Square, Suite 201
Montgomery, AL  36104.

Neal B. Frazier, Esq.
Special Assistant US Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334

    S/ Andrew M. Skier
    ANDREW M. SKIER  (SKI013)
    PO Box 4100
    Montgomery, AL  36103-4100
    (334) 263-4105 (Voice) (334) 263-4766 (Fax)
    Email:  amskier@mindspring.com