**COURTROOM DEPUTY MINUTES**  DATE: <u>JULY 11, 2006</u>
**MIDDLE DISTRICT OF ALABAMA**

FTR RECORDED:  10:22 A.M. - 10:27 A.M.

- √ INITIAL APPEARANCE
- ❏ BOND HEARING
- ❏ DETENTION HEARING
- ❏ REMOVAL HEARING (R.40)
- √ ARRAIGNMENT
- ❏ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: <u>CHARLES S. COODY</u>    DEPUTY CLERK: <u>WANDA STINSON</u>

CASE NO. <u>2:06CR158-CSC</u>    NAME: <u>PAULA R. WOODWARD</u>

AUSA: <u>NEAL B. FRAZIER</u>    DEFT. ATTY: <u>ANDREW SKIER</u>
Type Counsel: ( √ ) Retained; ( ) Panel CJA; (  ) Waived; ( ) CDO

USPO: _____

Defendant ____ does  √  does NOT need an interpreter. Interpreter Name:_____

| | | |
|---|---|---|
| ❏ kars. | Date of Arrest _____ or ❏  karsr40 | |
| ❏ kia. | Deft. First Appearance. Advised of rights/charges. ❏Pro/Sup Rel Violator | |
| √ kcnsl. | Deft. First Appearance with Counsel | |
| ❏ | Deft. First Appearance without Counsel | |
| ❏ | Requests appointed Counsel   ❏ ORAL MOTION | |
| ❏ kfinaff. | Financial Affidavit executed ❏ to be obtained by PTSO | |
| ❏ koappted | ORDER appointing Community Defender Organization | |
| √ | CONSENT to Proceed before Magistrate executed. | |
| ❏ kbnd. | ❏ BOND EXECUTED (M/D AL charges) $_____. Deft released  (kloc LR) | |
| | ❏ BOND EXECUTED _____ (R.40 charges) - deft to report to originating district as ordered. | |
| √ karr. | ARRAIGNMENT ❏SET FOR: _____ √ HELD.  Plea of NOT GUILTY entered. | |
| | √ Set for  9/11/06  Trial Term.   PRETRIAL CONFERENCE DATE: _____ DISCOVERY DISCLOSURES DATE: 7/11/06 | |
| √ krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel | |

Defendant not present. Service not perfect on defendant.  Govt's Oral Motion for leave to dimiss charges.

Court's ORAL ORDER granting Motion for leave to Dismiss . Counsel informed to file a formal motion to dismiss.