## IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
|     Plaintiff, | * |
| | * |
| VS. | *   CASE NO. 2:06 CR 158-CSC |
| | * |
| **PAULA R. WOODWARD** | * |
|     **Defendant.** | |

## MOTION TO CONTINUE TRIAL

Comes now the Defendant, by and through the undersigned Counsel, and requests this Honorable Court to continue the trial of the above-styled case until the next scheduled term of Court.

As grounds, counsel avers the following:

1. That the undersigned has requested that the Defendant be considered for the Pretrial Diversion program.

2. That to date, a decision has not been made regarding the Defendant's eligibility for said program.

Respectfully submitted this the 18th day of August, 2006.

_____
S/ Andrew M. Skier_____
ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice) (334) 263-4766 (Fax)
Email:  amskier@mindspring.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kent Brunson, Esq.
Assistant US Attorney
One Court Square, Suite 201
Montgomery, AL  36104.

Neal B. Frazier, Esq.
Special Assistant US Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334

                                                             S/ Andrew M. Skier
                                                          ANDREW M. SKIER  (SKI013)
                                                          PO Box 4100
                                                          Montgomery, AL  36103-4100
                                                          (334) 263-4105 (Voice) (334) 263-4766 (Fax)
                                                          Email:  amskier@mindspring.com