IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OR AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-CR-158 |
| | ) | |
| PAULA R. WOODWARD | ) | |

**ORDER**

Upon consideration of the Motion for Leave to Dismiss Information as to PAULA R. WOODWARD heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

Done this _____ day of August, 2006.

_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

**DISMISSAL OF INFORMATON**

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Information heretofore filed in the above styled cause as to PAULA R. WOODWARD.

Respectfully submitted,

_____
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787